IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LOS DAHDA (01),<br><br>    Defendant. | Case No. 12-20083-01-DDC |

## MEMORANDUM AND ORDER

This matter comes before the court on pro se[1] defendant Los Dahda's Motion to Proceed In Forma Pauperis (Doc. 2944). Defendant seeks leave to file a petition under 28 U.S.C. § 2255 without prepayment of fees. No filing fee is required for a petition under 28 U.S.C. § 2255. *See United States v. Garcia*, 164 F. App'x 785, 786 (10th Cir. 2006). Accordingly, the court denies defendant's motion as moot.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant Los Dahda's Motion to Proceed In Forma Pauperis (Doc. 2944) is denied as moot.

**IT IS SO ORDERED.**

**Dated this 19th day of July, 2021, at Kansas City, Kansas.**

                                                        **s/ Daniel D. Crabtree**
                                                        **Daniel D. Crabtree**
                                                        **United States District Judge**

---

[1] Because Mr. Dahda proceeds pro se, the court construes his filings liberally and holds them to a less stringent standard than formal pleadings drafted by lawyers. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). But the court does not assume the role of advocate for a pro se litigant. *Id.*